# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| Robert Cothran, as the representative of a class of similarly situated persons, and on behalf of the Electric Supply Stock Ownership Plan,<br><br>      Plaintiff,<br><br>v.<br><br>George M. Adams Jr., Sandra Brock, Shaker Brock, Kelly A. Pound, and Harold Irwin,<br><br>      Defendants. | Case No. 8:23-cv-00518-CEH-CPT |

## MOTION FOR SPECIAL ADMISSION

I, Carl F. Engstrom, move for special admission to represent Robert Cothran, as the representative of a class of similarly situated persons, and on behalf of the Electric Supply Stock Ownership Plan, in this action. In support of this motion, I state as follows:

1. I am neither a Florida resident nor a member in good standing of the Florida Bar.

2. I am a member in good standing of a bar of a United States District Court; specifically, the District of Minnesota.

3. I have not abused the privilege of special admission by maintaining a regular law practice in Florida.

1

4. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

   a.  *Colon, et al. v. Johnson, et al.*, No. 8:22-cv-888 (M.D. Fl.)

5. (a) I am familiar with 28 U.S.C. § 1927, which provides:

   Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

   (b) I will comply with the federal rules and this Court's local rules.

   (c) I affirm the oath, which states:

   I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

   (d) I have paid the fee for special admission or will pay the fee upon special admission.

   (e) I will register with the Court's CM/ECF system.

Dated: March 9, 2023                     **MORGAN & MORGAN, P.A.**

                                         /s/Marc R. Edelman
                                         Marc R. Edelman, FL No. 0096342
                                         201 N. Franklin Street, Suite 700
                                         Tampa, FL 33602
                                         Telephone: (813) 223-5505

Fax: (813) 257-0572
medelman@forthepeople.com

**ENGSTROM LEE MCDONOUGH THOMPSON & THOMSON LLC**
Carl F. Engstrom, MN No. 0396298*
Mark E. Thomson, MN No. 0398260*
729 N. Washington Ave., Suite 600
Minneapolis, MN 55401
Telephone: 612-305-8349
cengstrom@engstromlee.com
mthomson@engstromlee.com

*Pending Special Admission

**WENZEL, FENTON, CABASSA, P.A.**
Brandon J. Hill, FL No. 0037061
Luis A. Cabassa, FL No. 053643
Amanda E. Heystek, FL No. 0285020
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Telephone: 813-224-0431
bhill@wfclaw.com
lcabassa@wfclaw.com
aheystek@wfclaw.com

ATTORNEYS FOR PLAINTIFF

4

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 9th day of March, 2023, the foregoing was electronically filed using the CM/ECF system, causing a Notice of Electronic Filing to be transmitted to all counsel of record.

/s/*Marc R. Edelman, Esq.*
Marc R. Edelman, Esq.