# EXHIBIT E

SIXTH EDITION

# SHANNON PRATT'S VALUING A BUSINESS

## The Analysis and Appraisal of Closely Held Companies

SHANNON P. PRATT AND
ASA EDUCATIONAL FOUNDATION

ASA Providing Value Worldwide Educational Foundation

Mc Graw Hill

New York Chicago San Francisco Athens London Madrid
Mexico City Milan New Delhi Singapore Sydney Toronto

© 2022 by McGraw Hill. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

The information contained in this book is only intended for educational and informational purposes only, designed to provide accurate information about the subjects covered based on the information known to the contributing authors at the time the chapter was written and with the understanding that the information is subject to change.

The views expressed in this material reflect the personal views of the contributing authors and do not necessarily coincide with those of the ASA Educational Foundation (ASAEF), the ASA, other contributing authors, or contributing authors' firms.

Although information contained in this publication has been carefully compiled from sources believed to be reliable, the accuracy of the information is not guaranteed. It is neither intended nor should it be construed as either legal, accounting, and/or tax advice, nor as an opinion provided by ASAEF or the ASA, the contributing authors, or the contributing authors' firms. The material may not be applicable or suitable for the reader's specific needs or circumstances. Readers should not use this information as a substitute for consultation with qualified professionals in the subject matter presented here.

Publisher and the authors and contributors make no representation or warranties of any kind, including but not limited to, the warranties of fitness for particular purpose or merchantability, nor for any implied warranties related thereto, or otherwise. The ASAEF, the ASA, the contributing authors, the contributing authors' firms and the publisher specifically disclaim any liability, loss, or risk incurred by the reader as a consequence of the use, either directly or indirectly, of any information or advice given in these materials.

1 2 3 4 5 6 7 8 9 LWI 27 26 25 24 23 22

ISBN 978-1-260-12156-8
MHID 1-260-12156-9

e-ISBN 978-1-260-12157-5
e-MHID 1-260-12157-7

**Library of Congress Cataloging-in-Publication Data**

Names: Pratt, Shannon P., author.
Title: Valuing a business : the analysis and appraisal of closely held companies / Shannon P. Pratt.
Description: Sixth Edition. | New York : McGraw Hill, 2022. | Revised edition of Valuing a business. | Includes bibliographical references and index.
Identifiers: LCCN 2021031189 (print) | LCCN 2021031190 (ebook) | ISBN 9781260121568 (hardback) | ISBN 9781260121575 (ebook)
Subjects: LCSH: Corporations—Valuation. | Corporations—Valuation—Law and legislation—United States.
Classification: LCC HG4028.V3 P7 2022 (print) | LCC HG4028.V3 (ebook) | DDC 332.63/221—dc23
LC record available at https://lccn.loc.gov/2021031189
LC ebook record available at https://lccn.loc.gov/2021031190

McGraw Hill books are available at special quantity discounts to use as premiums and sales promotions or for use in corporate training programs. To contact a representative, please visit the Contact Us pages at www.mhprofessional.com.

McGraw Hill is committed to making our products accessible to all learners. To learn more about the available support and accommodations we offer, please contact us at accessibility@mheducation.com. We also participate in the Access Text Network (www.accesstext.org), and ATN members may submit requests through ATN.

market-derived discount rate—in order to estimate the fair market value of the subject business interest.

The discounted economic income method may also be used to value a wide range of valuation subjects. For example, this method may be used in the valuation of both controlling and noncontrolling ownership interests, provided that (1) the prospective economic income stream is consistent with the business interest subject to valuation and (2) the discount rate is appropriate for that measure of economic income and for that valuation subject.

Since the value of a business interest depends on the prospective economic income, the correct application of this method requires a forecast of the economic income that is relevant to the valuation subject, be that dividends, cash flow, accounting earnings, or some other measure of economic income. The discounted economic income method is practical only to the extent that the forecasts used are reasonable to the decision maker for whom the valuation is being prepared. Without supportable forecasts, the discounted economic income method can convey an aura of precision that is not justified. In Chapter 12, the topic of analyzing economic income forecasts is discussed.[4]

Such economic income forecasts may be difficult to make—and even more difficult to get parties with different investment perspectives and transaction expectations to agree on. Therefore, valuation analysts have developed various other approaches to and methods of valuation, based on both historical and prospective economic data. These approaches are discussed in subsequent chapters.

However, the valuation analyst should keep in mind that the value of an investment is a function of what that investment will do for an owner in the future, not what it has done for an owner in the past. Therefore, regardless of the valuation approach being used, for the analysis to make rational economic sense from a financial point of view, the results should be compatible with what would result if a well-supported discounted economic income analysis were carried out. As discussed later in this chapter in the section "Specific Forecast Period Plus a Terminal Value," the discounted economic income analysis should include both (1) forecast income from the operations of the investment for a discrete period and (2) an estimate of the value of cash flows beyond the specific (discrete) forecast period (the terminal or residual value as measured by expected continuing economic income or expected sale or liquidation value).

# Basic Discounted Economic Income Framework

The basic arithmetic of the present value calculation is presented in Exhibit 9–1.

[4] Throughout this chapter *forecast* and *projection* may be used interchangeably to refer collective to two different categories of prospective financial information. However, forecasts are defined as prospective financial information based on the conditions and course of actions that are expected to exist during the forecast period. Projections reflect expected future conditions given one or more hypothetical conditions, answering the question "what would happen if. . . ." See *Prospective Financial Information Guide*, AT-C Section 305, at AT-C 305.09 (New York: AICPA, 2020), for guidance as to the definitions of forecasts and projections.

## Exhibit 9–1

### Arithmetic of Discounting vs. Compounding

**COMPOUNDING**

The formula for estimating the future value of an amount invested at an annually compounded interest rate for a certain number of years is as follows:

$$FV = PV\,(1 + k)^i$$

where

$FV$ = Future value

$PV$ = Present value

$k$ = Rate of return

$i$ = $i$th year (the number of years into the future when the principal plus the compound rate of return will be received)

**Example**

Assume that we invest $1,000 for three years at 10% interest. Substituting in the preceding formula gives us the following:

$$\begin{aligned} FV &= \$1{,}000\,(1 + 0.10)^3 \\ &= \$1{,}000\,(1.10 \times 1.10 \times 1.10) \\ &= \$1{,}000\,(1.331) \\ &= \$1{,}331 \text{ (amount expected in three years)} \end{aligned}$$

**DISCOUNTING**

Start with the formula for compounding:

$$FV = PV\,(1 + k)^i$$

As we learned in basic algebra, we can divide both sides of an equation by the same factor:

$$\frac{FV}{(1+k)^i} = \frac{PV(1+k)^i}{(1+k)^i}$$

Also, if the same factor appears in both the numerator and the denominator of an expression, we can cancel them out:

$$\frac{FV}{(1+k)^i} = \frac{PV\cancel{(1+k)^i}}{\cancel{(1+k)^i}}$$

We then have the formula for discounting from a future value to a present value. Since it is customary to put the dependent variable (the value we are solving for) on the left-hand side, the basic formula for discounting is written as follows:

$$PV = \frac{FV}{(1+k)^i}$$

**Example**

If we can earn 10% annually compounded interest, how much do we have to invest today to get a lump sum payment of $1,331 exactly three years from now? Substituting in the preceding formula gives us the following:

$$\begin{aligned} PV &= \frac{\$1{,}331}{(1+0.10)^3} \\ &= \frac{\$1{,}331}{1.331} \\ &= \$1{,}000 \end{aligned}$$

**DISCOUNTING A SERIES OF FUTURE ECONOMIC INCOME FLOWS**

Discounting a series of future economic income flows simply involves discounting each individual future flow and adding up the present values of these flows to get a total present value for the series of flows. The formula for discounting a series of future economic income flows (labelled $E_i$ in formula 9–1) may be written as follows:

$$PV = \sum \frac{FV^i}{(1+k)^i}$$

The capital Greek letter sigma (Σ) stands for *sum of.* It means to add up each of the components that follow—in this case, the present values of each of the expected future amounts.

*(continued)*

**Exhibit 9–1**

**Arithmetic of Discounting vs. Compounding (continued)**

**Example**

Let's assume that a bond pays $100 interest at the end of each year for three years and pays $1,000 principal at the bond's maturity date at the end of three years. If the market requires a 10% total rate of return on bonds of this quality and maturity at this time, what is the present value of the bond? Substituting in the preceding formula gives us the following:

$$PV = \frac{\$100}{(1+0.10)^1} + \frac{\$100}{(1+0.10)^2} + \frac{\$100}{(1+0.10)^3} + \frac{\$1,000}{(1+0.10)^3}$$

$$= \frac{\$100}{1.10} + \frac{\$100}{(1.10 \times 1.10)} + \frac{\$100}{(1.10 \times 1.10 \times 1.10)} + \frac{\$1,000}{(1.10 \times 1.10 \times 1.10)}$$

$$= \$90.91 + \$82.64 + \$75.13 + \$751.31$$

$$= \$1,000$$

This calculation can be used to demonstrate that if the discount rate (i.e., the rate of return required to attract capital to the investment) goes up, then the present value goes down, and vice versa.

Note: In all the examples in this book, unless otherwise indicated, it is assumed for simplicity that compounding is on an annual basis, and that all returns are received at the end of each year. With minor adjustments in the arithmetic, assumptions of semi-annual, quarterly, monthly, daily, or even continuous compounding can be accommodated. It can also be assumed that proceeds are received at some time other than the end of the year. For example, proceeds received at the middle of the year, or more or less evenly throughout the year, may be accommodated by the midyear discounting convention.

The basic formula for valuation using the discounted economic income method is as follows:

**Formula 9–1**

$$PV = \sum_{i=1}^{n} \frac{E_i}{(1+k)^i}$$

where

$PV$ = Present value

$\Sigma$ = Sum of

$n$ = The last period for which economic income is expected; $n$ may equal infinity (i.e., $\infty$) if the economic income is expected to continue in perpetuity

$E_i$ = Expected economic income in the $i$th period in the future (paid at the end of the period)

$k$ = Discount rate (the cost of capital, i.e., the expected rate of return available in the market for other investments that are comparable in terms of risk and other investment characteristics)

$i$ = The period (usually stated as a number of years) in the future in which the prospective economic income is expected to be received

This basic formula can be expanded very simply as follows:

**Formula 9–2**

$$PV = \frac{E_1}{(1+k)^1} + \frac{E_2}{(1+k)^2} + \frac{E_3}{(1+k)^3} + \ldots + \frac{E_n}{(1+k)^n}$$

where

$E_{1,\,2,\,3,\,\text{etc.}}$ = Expected economic income in the 1st period, 2nd period, 3rd period, and so on

$E_n$ = Expected economic income in the $n$th or last period in which an element of income is expected (An investment with an expected perpetual life can be assumed to terminate at some point, since income in the remotely distant future will have only negligible impact when discounted to present value.)

$k$ = Discount rate (The equation assumes that $k$ is always the same.)

1, 2, 3, etc. = 1st period, 2nd period, 3rd period, and so on

This basic valuation model, which is central to the income approach to valuation, has only two variables:

1. The amount of the expected prospective economic income in each period
2. The required rate of return (or yield rate) by which the expected prospective economic income receipts should be discounted

Before attempting to quantify the numbers that go into this model, it is first necessary to define each of the variables more specifically.

## The Numerator: Expected Economic Income

**Income Associated with What?** The answer to this question depends on the answer to one of the questions in Chapter 2, "What exactly has the analyst valued?" Usually, the focus is on the amount of economic income available to one of the following categories of investments:

1. One class of common equity
2. All classes of common equity
3. All classes of equity
4. All equity and all long-term debt
5. All equity and all interest-bearing debt
6. All equity and all debt (i.e., total business assets)

When debt is included in what is being valued, the result is often referred to as either *value of the business entity*, *enterprise value*, *total capital value*, or *market value of invested capital* (MVIC). For more discussion of defining the capital structure when debt is included, see the subsection on defining the capital structure under the section titled "Discounting Economic Income Available to Overall Capital."

It is essential that the analyst is sometimes interested in forecasting the economic income associated with other types of investments, such as asset or property investments (e.g., income-producing real estate), security investments (e.g., minority interests

in shares of stocks or in bonds), or intangible asset investments (e.g., patents, trademarks, or copyrights).

Obviously, the economic income to be measured should be that level of income that is associated with—and available to—whatever business or investment interest is being valued.

**Definition of Economic Income Measured.** Depending partly on the answer to the question "Income associated with what?" there can be many ways of measuring the economic income used in the valuation. Some of the most common measurements of economic income include the following:

1. Dividends (or other payouts to security holders, such as partnership withdrawals)
2. Net cash flow to equity ($NCF_e$ in the notation used in this book):

**Net income (after taxes)**
Plus: Noncash charges (e.g., depreciation, amortization, change in deferred taxes)
Minus: Capital expenditures (the net changes in fixed and other noncurrent assets)*
Plus/minus: Changes in net working capital*
Plus/minus: Net changes in long-term debt*
Equals: Net cash flow to equity†

* Assumes that the amounts are those necessary to support projected business operations.
† If there are preferred dividends, they will have to be subtracted, of course, if the objective is to estimate net cash flow available to holders of common equity. If one wants to project net cash flow available to all equity and interest-bearing debt holders, then interest needs to be added to the income measurement, but changes in long-term debt need not be considered (see following point 3).

3. Net cash flow to overall invested capital ($NCF_f$ in the notation used in this book):

**Net income (after taxes) available to common shareholders**
Plus: Noncash charges (e.g., depreciation, amortization, change in deferred taxes)
Minus: Capital expenditures*
Plus/minus: Changes in working capital*
Plus: Interest expense, net of the tax effect (interest expense × [1 – tax rate])
Plus: Preferred dividends, if any, that were deducted in arriving at net income available to common shareholders
Equals: Net cash flow to overall invested capital

* Assumes that the amounts are those necessary to support projected business operations.

An alternative formula for net cash flow to overall invested capital is the following:

**Earnings before interest and taxes**
Minus: Taxes on earnings before interest and taxes (EBIT) at the effective tax rate
Equals: Net Operating Profit after Taxes (NOPAT)
Plus: Noncash charges
Minus: Capital expenditures
Plus/minus: Changes in working capital
Equals: Net cash flow to overall invested capital

4. Net income (after taxes)

It is noteworthy that the capital expenditures, net changes in working capital, and net changes in long-term debt components of net cash flow may be negative. In other words, if there are reductions (sales) of capital assets, decreases in net working capital, or decreases in long-term debt, these components would be represented by negative numbers. And the subtraction of a negative number (e.g., a decrease in net working capital) would represent an increment—instead of a decrement—to net cash flow.

It is also noteworthy that the measures of net cash flow defined here (i.e., to equity and to overall invested capital) are different from the measures of cash flows reported in a Statement of Cash Flows prepared in accordance with generally accepted accounting principles.

Of course, many other variables representing some relevant measurement of economic income may be estimated. These might include, for example, pretax income, net operating income, or some other measure of accounting income. However, for many of these other economic income measures, it may be difficult, if not impossible, to develop an empirically supportable discount rate and to justify them as benefit streams for which an investor is willing to anticipate and pay.

## The Denominator: The Discount Rate

**Definition of a Discount Rate.** In economic terms, a present value discount rate is an *opportunity cost*, that is, the expected rate of return (or yield) that an investor would have to give up by investing in the subject investment instead of investing in available alternative investments that are comparable in terms of risk and other investment characteristics.

The discount rate is the cost of capital for that particular category of investment. It is determined by market conditions as of the valuation date and as they apply to the specific characteristics of the subject contemplated investment.[5]

**Matching the Discount Rate with the Definition of the Prospective Economic Income.** The choice of the discount rate is driven by the definition of economic income used in the numerator. The discount rate used in the analysis must be appropriate for the definition of the economic income in the numerator and for the class of capital (or other type of investment) to which it applies.

As a practical matter, the choice of economic income used in the numerator may be constrained by the ability, or lack of it, to develop an empirically supportable discount rate. For this reason, the analyst sometimes finds definitions of economic income used in market approach methods, where a market-derived capitalization rate is available, that are not used in discounting methods. In the next chapter, the relationship between discount rates and capitalization rates is explained.

In any case, one cannot overemphasize how important it is that *the discount rate developed must be matched conceptually and empirically to the definition of economic income being discounted.* Also, the discount rate must reflect the degree of risk of the investment, which is discussed in some detail in Chapter 11, "Income Approach: Developing the Discount Rate."

[5] To the extent that a particular buyer or seller chooses to use a discounted economic income analysis based on a discount rate that deviates from the market consensus rate as of the valuation date, the resulting indicated value will depart from the strict standards of *fair market value* and, probably, approximate *investment value*, as defined in Chapter 2.

business, the analyst may consider winnowing down the criteria in terms of size, earning pattern, and other factors to utilize what the analysis indicates to be the best ones.

In *Doft & Co. v. Travelocity.com, Inc.*,[25] a statutory appraisal case, the Delaware Court of Chancery rejected a discounted cash flow method, ruling that the projections were not reasonably reliable. It adopted a guideline company analysis that relied on a single comparable company, Expedia, which had been used by both experts and in the prior fairness opinion. Because of quality differences, the court discounted Expedia's multiples in its valuation of Travelocity.

# Time Period to Consider

In the absence of a compelling reason to do otherwise, the time period most commonly used for analysis of operating data is three to five years. This conventional time period should not, however, be blindly and mechanistically adopted. The operative phrase is "relevant time period."

For a cyclical industry, a complete economic cycle for that industry is widely considered to be a good choice of time period from which to develop average operating results to be used as the basis for valuation multiples. This might occasionally lead an analyst to use averages of operating data for longer.

Sometimes the relevant time period is constrained by major changes that affected either the subject company or the industry as a whole. Such events may render comparative financial data before such changes irrelevant for valuation purposes. In these cases, it may only be relevant to use one or a few years' comparative data.

Occasionally, the historical data may include an aberration that is so clearly nonrecurring for either the subject company or the industry that the best thing to do is just to omit that year when computing the valuation multiples. In such cases, however, the data normally are tabulated and presented and the reason for omitting that year from the valuation multiple calculations is given.

Typically, the same time period that is used for gathering and presenting data is also used for both income statement and balance sheet data. Valuation multiples based on income statement data typically are computed by dividing the valuation date price by the income variables or averages of variables for one or several prior periods, usually (but not necessarily) years. Valuation multiples based on balance sheet variables (e.g., price-to-book value) typically are computed by dividing the valuation date price by the most recent balance sheet variable. The reason for collecting and presenting several years of balance sheet information is to identify and interpret comparative trends among the guideline and subject companies, although the earlier years' balance sheet data usually are not used directly in the computation of valuation multiples.

# Deciding Which Valuation Multiples to Use

As noted earlier in the chapter, there is a wide variety of financial variables for which multiples for the guideline companies can be computed. For the income variables, there is also a wide choice of time periods and possible weighting schemes for each variable. The analyst's skill, experience, and judgment play an important role in making these

[25] *Doft & Co. v. Travelocity.com Inc.*, C.A. No. 19734 (Del. Ch. May. 20, 2004).

choices and, ultimately, in deciding the appropriate weight to accord to each. This section discusses criteria to consider in order to make relevant choices in each case.

## Influence of the Ownership Characteristics

**Controlling Ownership Interest versus Noncontrolling Ownership Interest Value.** When valuing a controlling ownership interest, emphasis is often placed heavily on measures of the MVIC rather than of the equity only, because the controlling interest holder would be able to make the financial decision to change the capital structure if so desired. Conversely, when valuing a noncontrolling ownership interest, focus logically is on measures that directly value the subject equity interest. Sometimes, however, measures of the MVIC are used to value noncontrolling ownership interests, subtracting the debt to reach an indication of the value of equity. This procedure is most often used to even out the effects of differences in leverage, when the subject and guideline companies have wide variations in capital structure.

**Marketable versus Nonmarketable.** Public companies tend to focus more on net income than do private companies, while private companies tend to focus more on cash flows than do public companies. Therefore, when valuing a private company, one may choose to focus a bit more on cash flow variables than net income variables.

## Going-Concern versus Liquidation Value

Going-concern value tends to be based largely—and sometimes entirely—on income and cash flow analyses. Liquidation value often involves an analysis of individual asset values, so the emphasis is on balance sheet items. As noted earlier, however, the guideline public company method is often used in connection with a going-concern premise of value.

## Type of Company

**Operating versus Holding Companies.** In the broadest general sense, valuation of operating companies tends to focus on earning power variables, while valuation of holding companies tends to focus on asset value variables. Therefore, for operating companies, focus tends to be on ratios of price-to-cash flows, earnings, and dividends. For holding companies, focus tends to be on ratios of price-to-book value or price-to-adjusted book value.

**Stage of Company in Life Cycle.** The more mature or stable the company, the more the focus may be on cash flow variables, whereas companies in a growth phase may focus more on net income. In fact, young companies in a very high growth phase may be expected to have negative net cash flow for years, so that net cash flow would be meaningful in a long-term discounted cash flow method but meaningless for the same company in a market approach using current guideline company data. This is not to imply diminished importance of ultimate ability to produce meaningful net cash flows, but only because multiples of negative current numbers are meaningless.

Case 8:23-cv-00518-CEH-CPT Document 36-5 Filed 06/08/23 Page 12 of 25 PageID 379


**Line of Business.** The more meaningful the assets are to the type of business, the more they should be considered in the valuation multiples computed. Usually, assets that are more liquid and not *special purpose* are more important. Furthermore, they are easier to deal with in valuation if their generally accepted accounting principles (GAAP) values are close to their market values. For example, for financial institutions, the financial assets and liabilities are extremely important, and price-to-book-value ratios are much more important than for most other types of operating companies. For distribution companies (especially wholesalers, but also retailers), inventories (and in some cases receivables) are a major part of their asset mix, usually making price to book value a relevant measure to consider. For manufacturing companies, plant and equipment can vary tremendously from one to another, both in age and condition and in importance to their operations, so that price-to-asset-value multiples can be difficult to implement on a comparative basis and frequently are not very meaningful. For service companies, assets typically play a very minor role, if any, in valuation multiples.

## Availability of Data

Analysts often face the frustrating obstacle of lack (or limited availability) of data for the valuation multiples they would conceptually most prefer to use in the guideline public company method. The analyst should perform the most thorough search possible for the data he or she would *prefer* to use, and then make the best possible use of whatever is available.

**Gross Cash Flow versus Net Cash Flow.** A good example of this problem is the choice between gross cash flow and net cash flow as an economic income variable in a guideline company valuation multiple. In the discounted economic income method, analysts generally prefer—and generally use—net cash flow. If one is willing to do the work, using the statement of cash flows along with the income statements and balance sheets, one can compute net cash flow for most public companies for each year. However, if data such as capital expenditures have been subject to wide variations, as they frequently are, these data generally are harder to adjust objectively for abnormal or nonrecurring items than most other data. Therefore, gross cash flow is more commonly used because it is straightforward, easier to compute, and simple to explain.

**Multiples of Market Prices to Asset Values.** When using multiples of market prices of stock or invested capital to underlying tangible asset values, it is more meaningful if the tangible asset values are adjusted to their respective fair market values. For example, publicly traded, closed-end investment companies are required to reprice their tangible assets at market value regularly, so the multiple of price-to-adjusted-net-tangible-asset value is available for such companies.

Real estate investment trusts (REITs) and other real estate holding companies are generally not required to disclose market prices of their assets, but many choose to do so. Thus, if one is valuing a real estate holding company and has market values for the subject company tangible assets, one may limit guideline company selection to those that report market values of their holdings. Alternatively, one may use those that report market values for a price-to-adjusted-net-asset-value multiple and a broader list for income-related valuation multiples. (The availability of market prices of assets does not necessarily mean that assets are the primary value drivers.)

Data on values of timber holdings for many forest products companies are available from Wall Street analysts. Therefore, when valuing a company with timber holdings,

a valuation multiple of price to net asset value adjusted for timber holdings can sometimes be developed.

For most other types of public companies, market values of asset holdings are not available. This leaves the analyst with no choice, if desiring to use a measure based on asset value in the guideline company method, but to use a simple price-to-book-value multiple. As noted earlier in the "Type of Company" section, the price-to-book-value multiple tends to have more relevance if assets are meaningful to the type of business, and if they are of such a nature that book values tend to be close to market values.

**Use of Only a Portion of the Guideline Companies for Some Valuation Multiples.** It is not necessary to use every guideline company selected for every valuation multiple utilized. Not all public companies have earnings estimates, for example. Also, one of the guideline companies may have had deficit net income, so it cannot be used for the P/E pricing multiple. However, that guideline company may still have had meaningful EBITDA so that it could be used in developing an EBITDA pricing multiple. Sometimes an industry group includes a good guideline company that went public recently, say only three years ago. That guideline company would not be available for the calculation of the price-to-five-year-average-income pricing multiple, but it would be available for calculation of the price-to-latest-12-months'-income pricing multiple. Likewise, earnings projections may not be available for all the guideline companies. The analyst should use caution and careful judgment, however, to make sure that the use of certain guideline companies for the calculation of some pricing multiples and not others does not introduce bias or distortion to the pricing multiple implications.

This section has touched on some of the more common general problems of availability of data to implement the guideline public company method. Sometimes, analysts will find that the guideline public company data they have been able to develop are not as strongly and compellingly convincing of value as they would like. Generally, to the extent that they provide some general guidance with respect to value, one would still tend to present them rather than ignore them. Furthermore, the strength of the data leads to the judgment as to the weight ultimately accorded to them among the various valuation multiples within the guideline public company method and accorded to the guideline public company method among other valuation methods.

# Compiling Guideline Company Tables

The purpose of gathering data on the selected publicly traded companies is to derive some benchmarks by which to value the subject privately held company. For example, public companies in an industry selling at P/E multiples greater than the overall market average indicate that the public market is optimistic about the industry's future relative to its recent earnings, and this optimism should also be reflected in the private companies' P/E multiples the analyst applies. Similarly, the public market can provide benchmarks concerning the relation of stock prices to such variables as book values, adjusted underlying net asset values, dividends, and gross revenues. Any or all of these parameters can be relevant to a specific valuation situation, as discussed throughout this book.

Compiling a comprehensive list of selected public companies is not simple. No single source provides an exhaustive list. It is much easier to find good guideline companies in some industries than in others. A complete search requires creativity, ingenuity, and experience. This chapter presents the most comprehensive general sources available.

If not satisfied with the list developed through these sources, the analyst can consult trade association membership lists and regional investment publications or ask the management of the subject company and of the companies discovered through the conventional search for additional prospects.

Of all the criteria by which different companies may be judged as comparable for valuation purposes, the one that typically receives the most attention is the industry in which the subject company operates. In fact, Revenue Ruling 59–60 specifically states that of the factors that "are fundamental and require careful analysis in each case" for gift and estate tax valuations, one is "the market price of stocks of corporations engaged in the same or a similar line of business having their stocks actively traded on a free and open market, either on an exchange or over-the-counter."[26]

Therefore, the starting point in compiling a list of guideline companies is to form a list of the companies that operate in the subject company's industry. Valuation analysts can search for companies by industry using several industry classification structures. Three common industry classification schemes include the Global Industry Classification Standard (GICS), the North American Industry Classification System (NAICS), and the Standard Industrial Classification (SIC) system.

The GICS was developed in 1999 by MSCI and Standard & Poor's. The GICS structure includes 11 sectors, 24 industry groups, 69 industries, and 158 subindustries into which S&P has categorized all major public companies. GICS is used to form the S&P and MSCI financial market indexes in which each company is assigned to an industry based on its principal business activity. The Capital IQ® platform uses the GICS as the primary industry screening tool, with cross references to the NAICS and SIC system.

The NAICS classifies industries based upon similarity in the processes used to produce goods or services. NAICS replaced the SIC system in 1997. The system was developed under the direction of the U.S. Office of Management and Budget (OMB) as the standard for use by federal statistical agencies. The governments of Mexico and Canada collaborated with the United States. to develop and maintain the NAICS. The system classifies businesses using a two through six-digit hierarchy. Each digit in the code is part of a series of progressively narrower categories. The first two digits designate the economic sector, the third digit designates the subsector, the fourth digit designates the industry group, the fifth digit designates the NAICS industry, and the sixth digit can be used for further national designations specified by the United States, Canada, or Mexico. In many cases, the sixth digit is not used. As an example, the NAICS code for the Hotel industry: 721110, can be broken down as shown in Exhibit 13–2.

**Exhibit 13–2**

**Example of NAICS Code Breakdown**

| NAICS Code 721110 | |
|---|---|
| 72 | Accommodation and Food Services |
| 1 | Subsector for Accommodation |
| 1 | Further subsector for Traveler Accommodation |
| 1 | Third subsector for Hotels and Motels (but not casino hotels) |
| 0 | No further specification to distinguish between U.S., Canada, and Mexico classification differences |

Source: https://www.census.gov/naics/

[26] Revenue Ruling 59–60 (1959-1 C.B. 327), § 4.01(h).

If in doubt, the NAICS website (NAICS.com) can provide further detail to help distinguish similar but separately classified industries. For example, cross-reference aids for NAICS code 721110 include codes for the casino hotels and lodging facilities not included in 721110 such as bed and breakfast inns, youth hostels, and tourist homes. All the detailed index entries are provided to help confirm that the analyst has properly classified the subject's industry. Further, the NAICS website lists the top businesses in the NAICS code, ranked by annual sales. This provides a useful starting point to identify guideline public company peers.

The SIC system was adopted in 1937. The structural hierarchy starts with a two-digit broad industry type, followed by a single digit subindustry, with a final specialization code, resulting in four digits. While useful in 1937, the four-digit limitation made it difficult to expand the system to include emerging industries and specializations. The SIC system is popular for traditional businesses and industries, but NAICS codes and the GICS system offer a more comprehensive classification system for all types of businesses. There are instances where different databases assign different SIC codes to public companies so the information acquired should be cross checked.

The search for public companies should be as exhaustive as the scope of the valuation case permits. Frequently, the most obvious public companies in an industry are the largest ones and, for this and related reasons, may be less comparable to most closely held companies than some of the smaller, more obscure public companies. A comprehensive search for guideline companies also demonstrates that the analyst considered all companies that might be considered reasonably comparable and selected for analysis the most comparative companies available. The analyst must establish and adhere to an objective set of selection criteria so that the final list will not tend to bias the valuation result either upward or downward.

## Developing a List of Guideline Companies

The use of the industry codes as a means of identifying potential guideline public companies has already been discussed. The starting point in a search for developing similar guideline public companies is a search for the appropriate NAICS code that applies to the subject company. Certain industry codes are quite broad, such as NAICS Code 511210: Software Publishers. There are 13 identified subcategories within this code. Some screening tools allow a user to select from detailed subindustries not represented in the NAICS. Public company data can be found in several online sources including the following.

**S&P Capital IQ® (*www.capitaliq.com*).** *Capital IQ* is an online research platform that offers abundant information on public and private companies, both in the U.S. and international. Analysts can use *Capital IQ*'s browser-based tool to search for guideline public companies using detailed screening criteria. The platform includes financial data sourced from SEC filings. The database covers 99% of the world's market capitalization and includes analysts' consensus estimates. Valuation analysts can develop peer company data tables using the *Capital IQ®* plug-in tool to embed data queries directly into Excel spreadsheets.

**Yahoo Finance (*www.finance.yahoo.com*).** Yahoo Finance offers free and subscription-based access to an equity screening tool. An analyst can filter stocks by industry, region, market capitalization, company size metrics, growth, and many other criteria.

Case 8:23-cv-00518-CEH-CPT Document 36-5 Filed 06/08/23 Page 16 of 25 PageID 383


Yahoo aggregates data from several financial data providers including Morningstar, S&P Global Market Intelligence, Refinitiv, and EDGAR.

**EDGAR (Electronic Data Gathering, Analysis, and Retrieval) (*www.sec.gov/edgar*).** The EDGAR database provides free public access to corporate information, allowing analysts to research a public company's financial information and operations by reviewing the filings the company makes with the SEC. All public companies subject to the Securities Act or the Exchange Act must file required documents to the SEC electronically through EDGAR. Although EDGAR does not hold every single type of disclosure document, it does contain the filings most valuable to analysts, such as Forms 10-K, 10-Q, and 8-K. An analyst's investment of time spent sourcing and extracting financial information directly from filings is often rewarded. Reading a public company filing versus simply extracting financial variables can create deeper insights that enrich peer company analyses.

**TagniFi (*www.tagnifi.com*).** TagniFi offers a data platform that currently focuses on companies listed on U.S. exchanges. Analysts can use TagniFi to search for guideline public companies by industry, market capitalization, company size metrics, or business description among other criteria. TagniFi offers a complete range of company financial metrics and market pricing data as well as consensus estimates. An audit-to-source feature provides valuation analysts with the ability to link data to reported financial statement line items as well as the source document such as the company's 10-K or 10-Q filing. TagniFi offers an Excel plug-in that helps analysts quickly develop public company data tables.

**Pitchbook™ (*www.pitchbook.com*).** Pitchbook offers a comprehensive company research platform including extensive data for both public and private companies. Analysts can screen for public companies using an interactive desktop tool. Pitchbook has an Excel plug-in tool to speed up spreadsheet production. The platform offers financial details sourced from SEC filings and analyst estimates. Valuation analysts can use an audit function to identify data reference sources.

**Business Valuation Resources: Guideline Public Company Comps Tool (*www.bvresources.com/products/guideline-public-company-comps-tool*).** The Guideline Public Company Comps Tool offers a screening function designed specifically for business valuation professionals. The tool includes an Excel add-in. Analysts have access to complete financial statements, financial ratios, and multiples for comparable companies. The tool also provides suggested public company peer sets based upon guideline public companies used and accepted by the SEC in fairness opinions.

**Other Resources.** There are a number of other resources, such as Sentieo (www.sentieo.com) and AlphaSense (www.alpha-sense.com), that offer access to company filing documents and artificial intelligence capabilities to search those company filings for specific topics. See Chapter 6, "Researching Economic and Industry Information."

## Financial Statement Adjustments to Guideline Companies

Generally, the same types of adjustments should be made to the financial statements of the guideline companies as are made to the financial statements of the subject company. Some main categories of adjustments are the following:

- Remove nonrecurring items (and any required tax effects) from income statements.
- Where applicable, put guideline and subject companies on a comparable accounting basis (e.g., adjust any companies accounting for inventory on *last-in, first-out* (LIFO) basis to *first-in, first-out* (FIFO) basis, use consistent depreciation methods and lives).
- Adjust for nonoperating items.
- Adjust for discontinued operations.

## Adjusting for Operating Leases

For situations where the recently implemented lease accounting rules (2019) may not apply, companies in certain industries commonly finance their operating assets using operating leases rather than debt (or capital leases). This creates a fixed obligation that is one of the most common forms of *off-balance-sheet* financing. Operating leases are likely to be important for companies that make heavy use of transportation equipment, retail space, and electronic equipment.

If the guideline companies and subject company have differing policies with respect to the use of operating leases, then the analyst should consider making adjustments to put all the companies on a similar footing.

It should be noted that if the analyst is using only equity multiples, then the earning measure is net of all interest, depreciation, and rent expense, so there is no reason to make adjustments. It may still be useful to capitalize leases even in this case for purposes of financial analysis, in that the adjustments to debt may help to standardize the calculation of leverage ratios.

## Comparative Ratio Analysis

For purposes of comparative performance and other ratios between the subject company and the guideline companies, the comparisons will be more meaningful if the ratios are computed *after* the adjustments to the financial statements of the guideline companies as well as the subject company. On the other hand, some data sources will provide ratios for publicly traded companies. Whether to use ratios computed by a service or to compute them oneself depends on the analyst's judgment as to the extent to which the difference in results is likely to impact the credibility of the opinion of value, which is a case-by-case decision.

An example of comparative ratio analysis based on guideline companies is included in Exhibit 23–8 in Chapter 23, "Sample Report." This is a part of the analysis that helps guide the analyst's judgment as to where the various valuation multiples for the subject company should fall relative to the range of the respective valuation multiples for the guideline companies.

Typically, the comparative ratio analysis exercise is done only for the latest available comparative year, or the latest 12 months, even if valuation multiples are based on

several years' average results. If the comparative ratio analysis is used to help decide where the subject's valuation multiples should be relative to the guideline companies' valuation multiples, the analyst should be careful to recognize any distortions or abnormalities in the year for which the ratios were calculated that would cause the ratios to be misleading for use in pinpointing a relevant valuation multiple. It may be helpful to calculate the ratios for past years, as well, to identify any possible distortions.

## Obtaining the Guideline Companies' Market Value Data

If the valuation multiples to be used are only those that relate to common equity, then all that is needed is the price for each guideline company's stock as of the valuation date.

If valuation multiples based on the MVIC are to be used, then the market value of all the components of the invested capital needs to be estimated. Some of the guideline companies' senior securities (e.g., debt and/or preferred stock) may not be publicly traded. In that case, book value often is used as a proxy for market value. If, however, the analyst suspects that the book value may be far enough apart from market value to create a significant distortion in the valuation multiple computed, the senior securities should be revalued to market value. (Chapter 26, "Valuing Debt Securities," and Chapter 30, "Valuing Complex Capital Structures," respectively, discuss how to do this.)

The analyst may consider using the fair value of financial instruments disclosure in the footnotes for the guideline companies, where the company gives an estimate of the value of its short- and long-term debt as of the fiscal year-end.

## Presenting Guideline Company Tables

Guideline public company tables may be presented on a direct equity basis or on an invested capital basis. They usually show the names of the guideline companies, the market in which they are traded (e.g., New York Stock Exchange, NASDAQ, and so on), the per share market price as of the valuation date, the financial fundamentals (e.g., EBIT, EBITDA, earnings), and the resulting valuation multiple (the price divided by the financial fundamental). The table typically has a line at the bottom showing the comparable financial fundamental for the subject company.

For each valuation multiple presented, the table typically presents a low, high, mean, and median. The sample report in Chapter 23 shows guideline public company tables for a variety of financial fundamentals.

A question often arises as to what extent valuation multiples that were not ultimately used in reaching the value conclusion should be presented in the tables in the report. There is no clear-cut, right or wrong answer to this. Generally, there is not much point in presenting valuation multiples that were never seriously considered to be used. If, however, a valuation multiple was considered but discarded because of the nature of the data (perhaps a very wide dispersion of value multiples), it might be worthwhile to present it, so the reader can see the data that led to its being discarded in the final analysis. In the end, as with all other decisions made by the analyst, the analysis and its accompanying presentation should be replicable by the intended user and its conclusion credible.

# Selection of Multiples

There are many possible pricing multiples available to the analyst, but not all multiples will provide useful indications of value. It is therefore incumbent upon the analyst to discern what multiples are relevant and useful in deriving a value indication from the application of the guideline public company method.

**Multiples of Income Streams.** As investors generally look for returns on their investments, multiples of income streams are often preferred by analysts in estimating market value. As previously discussed in this chapter, note that income is not referenced here in an accounting sense, but in a return sense, so income streams could be either income or cash flow streams measured in terms of returns to equity, such as net cash flow to equity, net income, or pretax income, or returns to invested capital, such as net cash flow to invested capital, net operating profit after taxes (NOPAT), EBIT, or EBITDA.

**Multiples of Revenue.** Multiples of revenue tend to be most highly correlated with return on sales, but the strength of the correlation varies greatly from one industry to another. Therefore, when considering using a multiple of sales, it is useful to first see whether the guideline company multiples of revenue are well correlated with return on sales. This valuation multiple tends to be more useful for industries where such a correlation is high than for those where it is not. Capitalization of revenues can be considered a shortcut to capitalization or earnings, since generally there is an implicit assumption that a certain level of revenues should be able to generate a specific earnings level in a given type of business.

Capitalization of revenues is applied most frequently to start-up companies and to less asset-intensive or service businesses, such as advertising agencies, insurance agencies, mortuaries, professional practices, and some types of publishing operations, though care should be taken when considering the application of multiples from much more mature, stable public companies to the start-up subject.

One can find guidance in arriving at an appropriate multiple of revenues for a particular business in both public stock market data and merger and acquisition data. There are quite a few publicly traded companies in most food manufacturing categories, such as processed meats, packaged vegetables, and baked goods. If the subject company's true return on sales is known, an estimate of a reasonable price/sales multiple can be derived by simple regression analysis using guideline companies' price/sales ratios and returns on sales.

Exhibit 13–3 illustrates the relationship between return on sales and price to revenue multiples for branded baked goods manufacturing companies as of December 31, 2019. The exhibit also presents the computation of a suggested price to revenue multiple for a subject insurance agency company realizing an 8.9% return on revenue at that time.

Exhibit 13–3

**Correlation Between Price to Revenues and Return on Revenues**

| | December 31, 2019 | |
|---|---|---|
| **Company** | **Return on Revenues** | **Price/Revenues** |
| Hershey Co. | 21.5% | 4.28 |
| Kellogg Company | 10.3% | 2.02 |
| Rocky Mountain Chocolate Factory, Inc. | 9.4% | 1.82 |
| Hostess Brands Inc. | 14.4% | 2.85 |
| John B SanFilippo & Son, Inc. | 6.7% | 1.28 |
| | $r^2 = 0.964$ | |

The regression formula to be solved is $y = a + bx$. The price-to-revenues multiple = $a + b$ (return on revenues),

where

$a$ = price/revenues multiple ($y$) intercept

$b$ = slope of the line

Using a calculator capable of linear regression analysis, the analyst can calculate the $y$ intercept $a$ and slope of the line $b$ using return on revenues and price-to-revenues multiple data from the guideline companies.

Using the returns on revenues and price-to-revenues multiple data for 12/31/19, we calculate:

$a = -0.1673$

$b = 20.885$

$y = -0.1673 + 20.885(x)$

Substituting in the subject company's return on revenues (0.089), we compute an indicated price-to-revenue multiple:

$y = -0.1673 + 20.885(0.089)$

$y = -0.17 + 1.86$

$y = 1.69$

Return on revenues = net income divided by net sales

Price to revenues = stock price times shares outstanding divided by net sales

Valuations by multiples of revenue are particularly susceptible to distortion because of differences in capital structure between subject and guideline companies. Therefore, this valuation pricing multiple should be calculated on a market value of invested capital basis, as discussed in a later section.

One step removed from a multiple of revenues is a multiple of some measure of unit volume or capacity. Examples would include nursing homes at so much per bed, forest products plants at so much per thousand board feet of production, service stations and fuel distributors at so much per gallon sold per month, cell phone and cable television companies at so much per subscriber, and so on. The implication of this method is that so much volume can be expected to translate into some anticipated amount of sales and economic income. A key consideration in the use of these metrics is if such is commonly considered by the market in practice.

**Multiple of Stock Value to Asset Value.** When the analyst has determined that book value or some adjusted book value figure provides a useful representation of the company's underlying net asset values, the next step is to translate that figure into its implication for the value of the shares of stock or partnership interest being valued. This usually is accomplished by referring to the relationship of the prices of guideline

companies' stocks to their respective underlying net asset values. The data for the guideline companies may be based on prices of stocks traded on the open market, prices paid in acquisitions, or both, depending on several factors, including the percentage ownership interest being valued.

As in any aspect of valuation based on comparisons with other companies, the analyst should use experience and expertise to ensure that the comparisons are as valid as possible within the limitations of data availability.

**Price-to-Book-Value Multiple.** It may be possible to compute the multiple of market price to book value for a group of guideline companies that have stock trading in the public market and apply a multiple somewhere within the range of such multiples to the subject company's book value. If the book values of the subject and guideline companies were computed on comparable bases, and if the assets' composition is comparable, this procedure may provide a reasonably realistic figure for the value of the business interest.

If accounting methods for the subject and guideline companies differ significantly, the analyst should make appropriate adjustments before computing the market price-to-book value multiples and applying them to the valuation. There can be additional significant differences, such as in asset mix, that challenge the validity of using one company's price-to-book-value multiple in valuing another's stock.

Often the valuation multiples are computed on only *tangible* book value. This may help to avoid distortions, since some companies may have created their own intangibles, and thus expensed them for accounting purposes, while others may have acquired their intangibles, and thus carry them on the balance sheet.

If the subject company's return on equity is high relative to the guideline companies', the appropriate price-to-asset value multiple probably should be in the upper end of the relevant range, and vice versa. As common sense would suggest, empirical tests indicate a significant degree of correlation between price-to-book-value multiples and return on equity for both public company stocks and acquisition prices in most industries. Consequently, an analysis of the relationship between price-to-book value ratios and return on equity for the guideline companies often can provide objective guidance in deciding on an appropriate price-to-book-value multiple for the subject company. If the correlation between the price-to-book-value multiples and return on equity for the guideline companies is reasonably good, the analyst may use a simple linear regression to compute an indicated price-to-book-value multiple for the subject company based on market data. The mechanics of this analysis are the same as for the price-to-revenues analysis presented in Exhibit 13–4.

**Price to Adjusted Net Asset Value.** For a limited number of industries, data on market values of underlying assets are available. Where this is the case, it is possible to compute pricing multiples of the public stock's price to its adjusted net asset value.

Market values for some real estate companies are provided in *Realty Stock Review*. Also, estimates of timber values for many forest products companies are available from brokerage house analysts. When using multiples of price to adjusted net asset value, it is important to make the same kinds of adjustments to the subject company as have been made to the asset values for the guideline companies. For example, some real estate company adjusted net asset values are reported net of impounded capital gains taxes and some are not.

The use of the various price-to-asset-value pricing multiples are market approach valuation procedures. The use of these pricing multiples is independent of, and should not be confused with, the use of asset-based approach valuation methods (such as the asset accumulation method or the capitalized excess earnings method).

Exhibit 13–4




**Capitalization of Dividends or Dividend-Paying Capacity.** Dividends from operations ultimately are possible only as a result of earnings and adequate available cash flow. Therefore, capitalization of dividends or dividend-paying capacity may or may not be analyzed as a valuation method separate from capitalization of earnings and/or cash flow, depending on the circumstances and the valuation's purpose. Revenue Ruling 59–60 states that dividends or dividend-paying capacity should be one factor in the valuation of a business interest for federal estate or gift tax purposes. Most potential acquirers are not specifically interested in the acquiree's dividend-paying capacity, since the acquiree will not continue to operate as an independent entity.

If the valuation is of a controlling interest, dividend-paying capacity is more important than actual dividends paid, since the controlling stockholder has the discretion to pay or not pay dividends as long as the company has the capacity to do so. In valuing a noncontrolling interest, however, the actual dividends the company pays usually are more important than the dividend-paying capacity, since the noncontrolling stockholder generally cannot force the company to pay dividends even if it unquestionably has the capacity to do so.

When the capitalization of dividends method is used as an element in valuation, it usually is by reference to dividend yields on guideline public companies. For example, if guideline public companies were found to have an average dividend yield (annual dividends per share divided by market price per share) of 5% and the subject company paid dividends or was estimated to have a dividend-paying capacity of $1 per share, the capitalization of dividends method would be to simply divide the dividend-paying capacity per share by the appropriate capitalization rate or dividend yield—in this case, 0.05, which implies a $20 per share value by the capitalization of dividends method.

An estimate of dividend-paying capacity may be based in part on typical payout ratios of public companies in the subject company's industry. For example, if public companies in that industry typically pay out 30% of their earnings in dividends,

30% of earnings might be a good starting point from which to estimate the subject company's dividend-paying capacity. However, the typical closely held company is less well capitalized than its public counterpart and may have less dividend-paying capacity per dollar of earnings capacity than most of the public companies with which it might be compared. This factor must be considered in estimating the subject company's dividend-paying capacity.

# Selecting and Weighting Specific Multiples for the Subject Company Based on Guideline Companies

The result of the guideline company analysis is an array of pricing multiples for each of several valuation multiples. At this point, it is necessary to again visit the question of which multiples to use in reaching an indication of value and the relative weight to be accorded to each of those used.

For each valuation multiple used, it is also necessary to decide what the pricing multiple for the subject company should be relative to the observed multiples for the guideline companies.

## Impact of Guideline Company Data Evaluation

The same general thought processes and decision criteria apply to both deciding on whether to rely on any particular valuation multiple at all, and to deciding on the relative weight to be accorded each valuation multiple ultimately used in reaching the opinion of value.

The earlier discussion of the relative conceptual significance of different valuation multiples as more or less applicable to different types of companies and with different ownership characteristics applies here, of course. However, a study of the data developed may lead to greater or lesser reliance on certain valuation multiples than one might have expected before compiling the data.

**Number of Data Points Available.** If it turns out that very few data points are available for a particular valuation multiple, that problem may lead one to abandon that multiple or to put relatively little weight on it, even though it might be quite conceptually significant if there were more data. A common example is price-to-latest-12-months' earnings. If only two of seven guideline companies had meaningful positive earnings (and thus meaningful P/E multiples), the analyst should decide whether the two convey enough information to be accorded weight in the final analysis. The analyst might, for example, decide instead to use a price-to-gross-cash-flow multiple or a price to some number of years average earnings. One must be careful, however, that this procedure does not give undue weight to companies with losses if the subject is a profitable company. One way to avoid this situation is to make profitability part of the search criteria.

**Comparability of Data Measurement.** Another issue to consider is the extent to which the analyst is satisfied that the adjustments, if any, to the subject and guideline companies' financial fundamentals have resulted in stating the data on a comparable basis. The analyst's confidence regarding the comparability of fundamental data may

influence his or her judgment regarding the use of, or weight accorded to, valuation multiples based on that particular fundamental variable.

**Comparability of Data Patterns.** Another factor in assessing comparability is the extent to which the data for the subject company "track" with the data for the guideline companies. For example, if the subject and six of the seven guideline companies had a generally upward earnings trend, but one guideline company had a downward trend, the analyst may omit or place less reliance on the aberrational company when deciding on appropriate pricing measures relative to earnings.

Suppose in the case of one annual valuation, the subject company's earnings tend to follow a pattern similar to a good group of guideline companies. Each year, the analyst puts considerable weight on the multiple of price-to-latest-12-months' earnings. Then, one year, the subject company had a banner year while the guideline group struggled. First, the analyst would need satisfy themself that this sudden divergence was an aberration. Then, in that year, the analyst might place most of the weight on the price-to-five-years'-average-earnings multiple instead of on the latest-12-months'-pricing-multiple, which would have resulted in an inflated valuation.

**Apparent Market Reliance.** The extent to which the valuation multiples are tightly clustered or widely dispersed tends to indicate the extent to which the market tends to focus on that particular multiple in pricing stocks in the particular industry. For this reason, when analyzing the guideline companies, the analyst may want to calculate not only measures of central tendency (such as mean and median) but also measures of dispersion (such as standard deviation and coefficient of variation).[27]

Generally, the lesser the dispersion of the valuation multiple, the greater the weight the analyst might consider according to that multiple. In some cases, the guideline company table may lead the analyst to conclude that the valuation multiples based on some particular financial fundamental are so widely dispersed that those multiples have no usefulness as guidance to value.

## Measures of Central Tendency and Dispersion

**Measures of Central Tendency.** The *median* (the number in the middle of the array) usually, but not always, provides a better measure of central tendency for ratios than the *mean* (the arithmetic average).[28] This is because one or a few outliers (extreme observations) may have a greater distorting effect on the mean than on the median.

Another problem with the arithmetic average is that when it is used to summarize ratios that have stock price or MVIC in the numerator (such as the P/E multiple), it weights each guideline company in proportion to that company's ratio. It does not give equal weight to each guideline company. For example, the arithmetic mean P/E multiple of two guideline companies' P/E multiples of 15 and 5 is 10. While it might appear that this mean is giving equal weight to each company, it actually gives three times as much weight to the first company because its P/E multiple is triple the second's. Assuming an investment a total of $200 in both companies, the only way the resulting

[27] See definitions below.

[28] A little knowledge of statistics is helpful here, but beyond the scope of this book. Relevant basic references would be, for example, Gerald I. White, Ashwinpaul C. Sondhi, and Dov Fried, *The Analysis & Use of Financial Statements*, 3rd ed. (New York: John Wiley and Sons, 2003); and Robert D. Mason and Douglas A. Lind, *Statistical Techniques in Business and Economics*, 11th ed. (New York: McGraw-Hill, 2002).

portfolio's P/E multiple is 10 is by investing $150 (for $10 of earnings) in the first company and $50 (for $10 of earnings) in the second.

The harmonic mean is used to give equal weight to each guideline company in summarizing ratios that have stock price or MVIC in the numerator.[29] It is the reciprocal of the average of the reciprocals of the guideline company multiples. In the example above, the reciprocal of the P/E multiple of 15x is 0.0667, the reciprocal of the P/E multiple of 5× is 0.200, the average of the two reciprocals is 0.1334, and the reciprocal of the average is 7.5×. This P/E multiple of 7.5× is the same as the P/E multiple of a $200 portfolio with $100 invested (for $6.67 of earnings at a P/E multiple of 15×) in the first company and $100 invested in the second company (for $20 of earnings at a P/E multiple of 5×). With the $200 invested equally in each guideline company, the total earnings are $26.67, and the P/E multiple is 7.5× ($200/$26.67).

**Measures of Dispersion.** A simple but important measure of dispersion is the *range*—that is, the spread between the highest and lowest observation. Generally, the tighter the range of the data points, the less room for judgmental error in deciding on the appropriate multiple for the subject company relative to the guideline companies. Occasionally, differences between the subject and guideline companies lead the analyst to conclude that a multiple for the subject should be outside the range for the guideline companies. When this occurs, it is important that the analyst carefully explain the reason for choosing a multiple outside the guideline company range.

The most familiar measure of dispersion is the *standard deviation*.[30] When using the standard deviation, it is generally helpful to focus primarily on the *coefficient of variation*, which is the standard deviation divided by the mean. By using the coefficient of variation, the relative dispersion of data for different valuation multiples with different mean values can be compared directly with each other. Exhibit 13–5 provides the bell curve of two sets of data. Both have the same average as represented by the mean of the two data sets, but Data Set A has a much lower standard deviation, or dispersion from the mean, as compared with Data Set B and consequently a smaller coefficient of variance. One could say, therefore, that average is more meaningful for Data Set A than it is for Data Set B.

## Considering Adjustments to Guideline Company Multiples

As previously discussed, the guideline public company method requires the identification of guideline companies that are both publicly traded and sufficiently comparable to the subject company as to be able to draw credible conclusions as to how the subject company might be valued in the same markets. Of course, since the selected guideline public companies will not be the exactly the same as the subject company, identifiable differences must be accounted for when determining the appropriate multiple to be applied to the subject company.

Multiples of economic income variables (price-to-earnings multiples, MVIC-to-EBITDA multiples, and so on) are the reciprocals of the capitalization rates applicable to those variables. For example, a pricing multiple of 8× is the inverse of a capitalization

[29] Gilbert E. Matthews, "When Averaging Multiples, Use the Harmonic Mean," *Business Valuation Update,* June 2006.

[30] The standard deviation is computed as the squared root of the variance. The variance is a measure of how spread out the data set is. It is calculated as the average squared deviation of each number from the mean of the data set. For an example of calculating variance and standard deviation, see Aswath Damodaran, *Investment Valuation: Tools and Techniques for Determining the Value of Any Asset,* 2nd ed. (Hoboken, NJ: John Wiley & Sons, Inc., 2002), pp. 64–65.