UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT COTHRAN,

    Plaintiff,

v.                                                  Case No: 8:23-cv-518-CEH-CPT

GEORGE M. ADAMS, JR. ,
SANDRA BROCK, SHAKER
BROCK, KELLY A. POUND and
HAROLD IRWIN,

    Defendants.

_____

## ORDER

The Court has been advised by the Joint Notice of Settlement (Doc. 51) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b), M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **denied** as moot and the Clerk is **directed** to terminate all deadlines and administratively close the file.

**DONE** and **ORDERED** in Tampa, Florida on December 11, 2023.

_Charlene Edwards Honeywell_
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties